IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No.: 02-20054 D

RONNIE LEWIS,

    Defendant.

---

ORDER DENYING MOTION FOR BOND DURING PENDENCY OF APPEAL

---

Before the court is Defendant's motion for bond during the pendency of appeal. (Docket No. 279). 18 U.S.C. § 3143(b)(1) provides that a person who has been sentenced to a term of imprisonment, and who has filed an appeal, be detained absent a showing that the Defendant will not flee or does not possess a danger to the community. Defendant has failed to make a clear and convincing showing that he will not flee or is not a danger to the community.

Accordingly, Defendant's motion is DENIED.

Defendant's motion for an expedited ruling, (Docket No. 282), is dismissed as moot.

**IT IS SO ORDERED** this _2nd_ day of _August_, 2005.

                                            BERNICE BOUIE DONALD
                                           UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8/4/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 285 in case 2:02-CR-20054 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Honorable Bernice Donald
US DISTRICT COURT